# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED AUG 1 0 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-124-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| MICHAEL JASON TORREZ, | |
| Defendant. | |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on April 10, 2018, Michael Jason Torrez entered into a plea agreement wherein he agreed to plead guilty to count I of the indictment, which charged him with conspiracy to possess with intent to distribute and distribute methamphetamine; in count V, which charged him with possession of a firearm in furtherance of a drug trafficking crime; and in count VI, which charged him with conspiracy to commit money laundering;

1

And whereas, the defendant, pursuant to his plea agreement with the United States, agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant plead guilty;

And whereas, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on June 6, 2018, and ending on July 5, 2018, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $2,190 in United States currency;

- a Taurus .45/.410 caliber The Judge revolver (serial number JT720114);

- a Smith & Wesson .38 caliber revolver (serial number 201688);

- a Marlin Firearms Co. .32 caliber revolver (serial number 8747);

- a Haskell (MFGR) model JHP, .45 caliber pistol (serial number X4218940); and

- a High Standard .12 caliber shotgun (serial number 58354).

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 10th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge